UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANN LEWIS,

                Plaintiff,

**ORDER**

-against-

03 CV 5537 (RJD) (LB)

BRITISH AIRWAYS,

                Defendant.
-------------------------------------------------------X
DEARIE, District Judge.

      Following the Memorandum and Order of this Court dated June 28, 2005, granting summary judgment and dismissing the case, plaintiff filed a motion for relief from judgment. Plaintiff cites a factual error in the opinion and challenges the Court's use of case law.

      Plaintiff correctly states that she filed her complaint on October 16, 2003 in the Civil Court of the City of New York, Kings County and that the airplane on which she traveled flew from New York to Amsterdam via London. However, these facts do not affect the order this Court entered on June 28, 2005. Similarly, the alleged settlement between British Airways and Victoria Beckham as reported in a tabloid is irrelevant to the present action. Accordingly, plaintiff's motion for relief from judgment is denied.

SO ORDERED.

Dated: Brooklyn, New York
       July __, 2005

                                          RAYMOND J. DEARIE
                                          United States District Judge